UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
PEDRO LIZ, on behalf of himself and
all others similarly situated,                       Civil Action No.

                Plaintiff,                                 1:24-cv-9264


              -against-

BOTTLEROCKET WINE & SPIRIT, LLC,            **JOINT STIPULATION OF**
                                             **DISMISSAL WITH PREJUDICE**
              Defendants.
_____x

Plaintiff, Pedro Liz, and Defendant, Bottlerocket Wine & Spirit, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: January 27, 2025

By: *Gabriel Levy*                              By: *[signature]*

Gabriel A. Levy, Esq.                           Martin S. Krezalek, Esq.
*Attorney for Plaintiff*                        *Attorneys for Defendant*
Gabriel A. Levy, P.C.                           Blank Rome LLP
1129 Northern Blvd, Ste 404                     1271 Avenue of Americas
Manhasset, NY 11030                             New York, NY 10020
T: 347-941-4715                                 T: 212-885-5000
Glevy@glpcfirm.com                              Martin.krezalek@blankrome.com